<strong>NOTE: CHANGES MADE BY COURT</strong>

# JS-6

IN THE UNITED STATES DISTRICT

FOR THE CENTRAL COURT DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORENCE BRAVO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　Defendants. | Case No. 5:22-cv-00192-FWS-MAA<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE [51]** |

///
///
///

Having considered and reviewed the Stipulation of Dismissal of Action with Prejudice [51] (the "Stipulation"), and good cause appearing, the court **GRANTS** the Stipulation and **ORDERS** the following:

The above-captioned action is **DISMISSED WITH PREJUDICE** in its entirety as to all parties and all claims for relief. Each party is to bear its own costs and fees.

**IT IS SO ORDERED**.

Dated: May 16, 2023

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE